AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-9245 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interested Party,
Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN,<br><br>   Plaintiff<br><br>v.<br><br>ARAMARK, *et al.*,<br><br>   Defendants | Case No. 3:23-cv-00446-RCJ-CSD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Jin Ackerman, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

| | |
|---|---|
| 1 | The Parties ave resolved this matter in its entirety and agree that the Court may |
| 2 | accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. |

DATED this 5th day of December, 2023.   DATED this 5th day of December, 2023.
AARON D. FORD
Attorney General

Jin Ackerman #1189373
Plaintiff, pro se

/s/ Victoria C. Corey
Victoria C. Corey, (Bar No. 16364)
Attorneys for Defendant

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

**IT IS FURTHER ORDERED** that the application to proceed *in forma pauperis* (ECF No.1) is DENIED as moot.

DATED this 6th day of December 2023.

_____
UNITED STATES DISTRICT JUDGE